PROB 22
(Rev. 2/88)

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 96-CR-947 |

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Raymond Edwards aka Dennis McLeish | Eastern District of NY | |

In Custody

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 2 8 2005 ★

**BROOKLYN OFFICE**

NAME OF SENTENCING JUDGE

David G. Trager, U.S. District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| Supervised Release | October 3, 2000 | October 2, 2005 |

OFFENSE
21 USC 846 & 841(b)(1)(A) Conspiracy to Distribute & Possess with Intent to Distribute Cocaine Base

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Eastern _____ DISTRICT OF _____ New York _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of New Mexico upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 7/1/2005 | s/David G. Trager |
|---|---|
| *Date* | *United Sates District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ New Mexico _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 7/27/05 | s/William P. Johnson |
|---|---|
| *Effective Date* | *United States District Judge* |